

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ADRIANA SANTOS, | § | No. 08-23-00317-CV |
| Appellant, | § | Appeal from the |
| v. | § | 49th Judicial District Court |
| CARLOS GARCIA, | § | of Webb County, Texas |
| Appellee. | § | (TC# 2019-CVG-001704-D1) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF SEPTEMBER 2024.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.